IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }  Case No. 12-33287
Joseph Miliner    }
Dorothy Miliner   }  Chapter 13
                   }
**Debtor(s)**     }

## SUGGESTION OF DEATH

Comes now the undersigned attorney of record and hereby files this Suggestion of Death to advise the Court, the Chapter 13 Trustee and the creditors in this case that Joseph Miliner died on October 27th 2014. Further administration of his part of the joint case is not necessary.

Respectfully submitted this day: March 25, 2016.

/s/ Richard D. Shinbaum ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day March 25, 2016.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs
UPON ALL CREDITORS.