UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  Case No. 12-33287
                                                                    Chapter 13
JOSEPH MILINER
DOROTHY MILINER,

    Debtors.

## CONDITIONAL ORDER DISMISSING CASE OF
## JOINT DEBTOR JOSEPH MILINER

On March 25, 2016, the debtors' attorney filed a suggestion of death concerning the joint debtor, Joseph Miliner. Therein, counsel states that further administration of Joseph Milliner's separate estate is not necessary. Upon consideration of the suggestion of joint debtor's death, it is

ORDERED that the case of joint debtor, Joseph Miliner, will be dismissed on April 22, 2016, unless prior to that date, a party-in-interest files an objection to the dismissal contending that further administration of the estate is practicable.

Done this the 25th day of March, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Dorothy Miliner, Debtor
   Richard D. Shinbaum, Debtors' Attoreny
   Trustee
   All Creditors